EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 433-2024-00418 |

| | null | | and EEOC |
|---|---|---|---|
| | State or local Agency, if any | | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Taisha Gilliam-Springer | 850-980-4137 | 07/10/1974 |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 1241 Winding Arbor Trail Apt 304 Raleigh, NC 27606 | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| WSP USA Inc | 15+ | 717-859-7527 |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 434 Fayetteville St #1500 Raleigh, NC 27601 | | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| | | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☒ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest                    Latest
                            11/3/2023

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

Enclosed, please find the attached emails from October and November, which provide concrete evidence of the discriminatory treatment and hostile actions I have endured. These communications unmistakably reveal a consistent pattern of retaliation intended to stifle my voice and undermine my professional integrity, consequently fostering an intimidating work environment.

The targeting, discrimination, and subsequent retaliation were a direct consequence of my unwavering commitment to upholding ethical standards and speaking the truth within the company. The repercussions of these actions have significantly impeded my professional advancement and well-being, thus contravening both company policies and federal regulations designed to protect employees from such unjust practices.

It is pertinent to note that various internal investigations and complaints have been filed by individuals who have directly witnessed Ms. Erica Groff-Balani's conduct.

Moreover, the detrimental impact of the discriminatory treatment and retaliation orchestrated by Ms. Erica Groff-Balani has cultivated a toxic work environment, leaving a profound negative effect on my professional well-being. Despite my persistent efforts to escalate this matter through the appropriate organizational channels, it is disheartening that the issue has been sidelined, allowing the mistreatment to persist without resolution.

Having faithfully adhered to the prescribed procedures, including presenting my case to HR and the EEO on multiple occasions, the lack of decisive action and failure to address the situation have only exacerbated the challenges I face within the workplace.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 11/8/2023<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |