## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| **TAISHA GILLIAM-SPRINGER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Civil Action No. 5:24-cv-00513-FL** |
| | ) | |
| **WSP USA, Inc.,** | ) | |
| | ) | |
| Defendant. | ) | |
| ———————————————— | ) | |

## NOTICE OF APPEARANCE

Please take notice that attorney Lauren G. Goetzl of the law firm Fisher & Phillips LLP, is appearing as counsel for Defendant WSP USA, Inc. Please provide her copies of any pleadings, motions, orders, or other papers or documents served in connection with this matter.

Dated this 19th day of September, 2024     Respectfully submitted,

*/s/ Lauren G. Goetzl*
Lauren G. Goetzl (NC Bar No. 55939)
**FISHER PHILLIPS LLP**
227 West Trade Street, Suite 2020
Charlotte, North Carolina 28202
Telephone: (301) 951-1536
Facsimile: (301) 880-5031
Email: lgoetzl@fisherphillips.com
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify on September 19, 2024, the foregoing Notice of Appearance was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notice of such filing to all counsel of record as follows:

Joseph Budd
Osborn Gambale Beckley & Budd PLLC
1100 Wake Forest Road, Suite 205
Raleigh, North Carolina 27604
Email: joe@counselcarolina.com


*/s/ Lauren G. Goetzl*
Lauren G. Goetzl
FISHER PHILLIPS LLP